

**FILED**

December 8, 1997

**Cecil W. Crowson**
**Appellate Court Clerk**

**IN THE SUPREME COURT OF TENNESSEE**
**AT NASHVILLE**

NOT FOR PUBLICATION

KENNETH McDANIEL,                      )
                                       )     **Filed:   December 8, 1997**
    Plaintiff/Appellee,        )
                                       )
Vs.                                    )     Davidson Circuit
                                       )
CSX TRANSPORTATION, INC.,              )
                                       )     No. 01S01-9605-CV-00095
    Defendant/Appellant.       )


ORDER ON PETITION FOR REHEARING

The defendant has filed a petition for rehearing of this appeal pursuant to Tenn. R. App. P. 39. We have considered all of the arguments raised in the petition and have found them to be without merit.


Accordingly, it is ORDERED that the petition for rehearing is denied.


PER CURIAM